(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) __Brandon Gipson     #478476__
      (Name of Plaintiff)     (Inmate Number)

__Howard R. Young correctional institution P.O Box 9561__
     (Complete Address with zip code)

__- 0 7 - 7 9 7 -__

(2) _____
     (Name of Plaintiff)     (Inmate Number)

     (Case Number)
     ( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                vs.

**CIVIL COMPLAINT**

(1) __Raphael Williams__

(2) __Jill Waters__

• • Jury Trial Requested

(3) _____
     (Names of Defendants)

**FILED**

**DEC - 7 2007**

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

RO scanned
IFP

I.   **PREVIOUS LAWSUITS**

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number, including year, as well as the name of the judicial officer to whom it was assigned:

__1:07-cv-282/2007 / Gregory M. Sleet.__

_____

_____

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •[Yes] • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •[Yes] • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I have sent few grievance to the Wardens office

2. What was the result? Never got answer back for it.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Rapheal Williams

Employed as Howard R. Young at correction institution

Mailing address with zip code: P.O Box 9561

(2) Name of second defendant: Jill waters

Employed as Howard R. Young at correction Institution

Mailing address with zip code: P.O Box 9561

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Am being held around Adult's and am a Suvenily. They got me lock down for fortythree and only come out for one hour. Am not get my education like am suppose to.

2. Am breathing in recycled air. The aircondion are veary dasty. The water that i drink and wash up is filled with bactera.

3. They are not letting us have muslim service's for the past year and 1/2.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to do a big investgation on Howard. R. Young correctional Institation.

3

2. I would like to be granted a $180,000 for all harmer they have me in

3. I would like some one to come in Howard. R. young and test the water and air system

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3rd__ day of __December__, 2007

__Brunkon Gipson__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

