IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDON GIPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-797-GMS |
| | ) |
| RAPHAEL WILLIAMS and JILL WATERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Brandon Gipson ("Gipson"), was a prisoner incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed this lawsuit pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 20, 2007, the court entered an order and granted Gipson leave to proceed *in forma pauperis*, and assessed a filing fee of $350.00 (D.I. 4);

WHEREAS, on January 30, 2007, the court was advised that Gipson had been released from prison;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

THEREFORE, at Wilmington this 15th day of April, 2008, IT IS HEREBY ORDERED that within thirty days from the date of this order, Gipson shall either pay

the filing fee owed ($350.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED

APR 15 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE