IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANDON GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-797-GMS |
| | ) | |
| RAPHAEL WILLIAMS and JILL WATERS, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, Brandon Gipson ("Gipson"), was a prisoner incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed this lawsuit pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 20, 2007, the court entered an order and granted Gipson leave to proceed *in forma pauperis*, and assessed a filing fee of $350.00 (D.I. 4);

WHEREAS, on January 30, 2007, the court was advised that Gipson had been released from prison;

WHEREAS, on April 15, 2008, the court ordered the plaintiff to either pay the balance of the filing fee he owed or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order or the case would be dismissed (D.I. 6);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order of April 15, 2008;

THEREFORE, at Wilmington this 27th day of May, 2008, IT IS HEREBY IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE